## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-32802 |
| | ) | |
| MARK AND RACHAEL | ) | Chapter 13 |
| RADABAUGH, | ) | |
| Debtor. | ) | Hon. BAER |

## NOTICE

### See Attached Service List for Parties and Method of Service.

Please take notice of the attached Chapter 13 Plan dated February 19, 2019, docket #21.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on February 20, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee:  mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

Mark and Rachael Radabaugh
1332 Hartford St.
Glendale Heights, IL  60139

TitleMax of Illinois
15 Bull St., Ste. 200
Svannah, GA  31401

Gateway One Lending & Finance
175 N. Riverview Drive
Anaheim, CA  92808

Music & Arts
5295 Westview Drive, Ste. 300
Frederick, MD  21703

Premier Bankcard
Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN  56302-9617

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC  29603-0368

LVNV
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Commonwealth Edison
Bankruptcy Dept.
1919 Swift Drive
Oak Brook, IL  60523

The Bank of Missouri/Fortiva
P.O. Box 105555
Atlanta, GA  30348

Capital One
American InfoSource
P.O. Box 71083
Charlotte, NC  28272-1083

Legend Park Apartments
c/o Legal Liaison Service
6208 Lincoln Ave.
Morton Grove, IL  60053

Midland Funding
P.O. Box 2011
Warren, MI  48090

Nicor Gas
P.O. Box 549
Aurora, IL  60507